UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH PENNYMON,

Defendant.

Case No. 13-cr-00818-PJH-4

**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO REPLY TO GOVERNMENT RESPONSE**

Re: Dkt. No. 532

Before the court is the motion of defendant Joseph Pennymon, appearing pro se, for an order under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. See Dkt. 518.  The court ordered the government to show cause as to why the requested relief should not be granted, and allowed defendant to file a reply brief within 35 days of the government's response. See Dkt. 522.  Defendant has now moved for an extension of time to file the reply, citing the multiple lockdowns within the prison where he is being held, and the fact that he is proceeding pro se. See Dkt. 532.

The reasons cited by defendant are sufficient to justify an extension of time, and accordingly, defendant's motion is GRANTED.  However, defendant's motion does not specify the length of time that he seeks for an extension.  The court therefore sets a new reply deadline of sixty (60) days from the date of this order.

**IT IS SO ORDERED.**

Dated:  October 26, 2022

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge